**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **IN THE MATTER OF CERTAIN** | § |
| **IMMIGRATION HABEAS CASES** | § |
| **ASSIGNED TO U.S. DISTRICT JUDGE** | § |
| **XAVIER RODRIGUEZ** | § |

## ORDER FOR RELEASE AND ADVISORY

On this date, the Court considered the status of the immigration habeas cases attached to this Order as Appendix A.

In previous cases, this Court has found that immigration detention without an individualized bond hearing of a noncitizen who (1) has established a substantial presence in the United States and/or (2) was previously released or paroled into the interior violates the Due Process Clause of the Fifth Amendment.[1]

Finding no material factual or legal differences between those cases and the cases listed in Appendix A, the Court concludes that in each of the cases listed in Appendix A, the petitioner's detention without bond is unconstitutional. Thus, their detention is unlawful, and habeas relief is proper. The petitioners must be released from detention. Respondents' arguments to the contrary are noted but, for the reasons stated in this Court's previous orders, do not defeat the petitions.

The habeas petitions filed in the cases identified in Appendix A are **GRANTED**.

1. Respondents are **DIRECTED** to **RELEASE** the Petitioners in the cases identified in Appendix A from custody, under conditions no more restrictive than those in place before the detention at issue in their case, to a public place by **July 27, 2026**;

2. If any Petitioner released under this order is re-detained, all applicable procedures must be followed, including that the Petitioner be afforded an individualized bond hearing;

3. Respondents shall **FILE** a status report in each case identified in Appendix A by **July 29, 2026**, confirming that the Petitioners have been released under conditions of release no more restrictive than those in place prior to the detention at issue in their case. Respondents may prepare a separate status report for each Petitioner or an omnibus status update indicating when each Petitioner was released.

Any pending motions in the underlying cases are **DENIED AS MOOT.** And any requests for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A), are denied. *See Barco v. Witte*, 65 F.4th 782 (5th Cir. 2023).

---

[1] *See, e.g., Valencia Reyes v. Noem*, No. SA-25-CV-1921-XR, 2026 WL 981034 (W.D. Tex. Feb. 25, 2026); *Gonzalez Carrillo v. Bondi*, No. SA-26-CV-778-XR, 2026 WL 981037 (W.D. Tex. Feb. 26, 2026). Respondents' legal arguments in those cases are incorporated herein and preserved for the purposes of any future appeal.

It is so **ORDERED**.

**SIGNED** this 20th day of July, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

## APPENDIX A

1. 5:26-cv-00636-XR RAMOS SANCHEZ v. Vergara et al

2. 5:26-cv-00832-XR Sanavria-Serrano v. Bondi et al

3. 5:26-cv-01364-XR Fernandez v. Warden, Karnes County Immigration Processing Center et al

4. 5:26-cv-01370-XR Mei v. United States Attorney Western District of Texas et al

5. 5:26-cv-01419-XR RUSHAN v. NOEM et al

6. 5:26-cv-01574-XR Tenezaca Quizhpi v. Bondi et al

7. 5:26-cv-01622-XR Romero Rodriguez v. BONDI et al

8. 5:26-cv-01675-XR Fuentes v. DHS et al

9. 5:26-cv-01734-XR ROJAS TAMAYO v. VERGARA et al

10. 5:26-cv-01746-XR Mendoza Pilarte v. Noem et al

11. 5:26-cv-01776-XR Gusnay Pasaca v. U.S. Immigration and Customs Enforcement et al

12. 5:26-cv-01801-XR Torres-Orantes v. Vergara, et al

13. 5:26-cv-01832-XR Romero Lara v. U.S. Immigration and Customs Enforcement

14. 5:26-cv-01872-XR Molina Diaz v. Warden, Karnes County Immigration Processing Center et al

15. 5:26-cv-01882-XR Mosqueda Lumpuy v. United States Attorney Western District of Texas et al

16. 5:26-cv-01884-XR Laines Ortiz v. NOEM et al

17. 5:26-cv-01902-XR Romero v. Vergara et al

18. 5:26-cv-01922-XR Salazar v. Lyons, et al

19. 5:26-cv-01954-XR Vidal v. Bondi et al

20. 5:26-cv-01947-XR Martinez Adame v. U.S. Immigration and Customs Enforcement et al

21. 5:26-cv-02002-XR T.R. v. Thompson et al

22. 5:26-cv-02112-XR Lemus Corrales v. Bondi, et al

23. 5:26-cv-02178-XR Polentino Vanegas v. Warden, Karnes County Immigration Processing Center et al

24. 5:26-cv-02352-XR Orellana Guzman v. Blanche et al

25. 5:26-cv-02384-XR Rivas Rojas v. Bondi et al

26. 5:26-cv-02411-XR Mora-Patino v. U.S. Attorney General et al

27. 5:26-cv-02550-XR MADUENO FUENMAYOR v. MULLIN, et al

28. 5:26-cv-02553-XR Ortiz Arellano v. Blanche et al

29. 5:26-cv-02561-XR HERNANDEZ TEJEDA v. Blanche et al

30. 5:26-cv-02729-XR Miyalou Kayankombonieme v. U.S. Department of Homeland Security et al

31. 5:26-cv-02790-XR Alcantara De Arno v. Warden, Karnes County Immigration Processing Center et al

32. 5:26-cv-02795-XR Vallecilla-Rodallega v. U.S. Department of Homeland Security et al

33. 5:26-cv-02806-XR Hernandez Ramirez v. Warden, South Texas ICE Processing Center et al

34. 5:26-cv-02812-XR Velazquez Hernandez v. Thompson, et al

35. 5:26-cv-02833-XR Trejo Gonzalez v. Lyons et.al

36. 5:26-cv-02952-XR Cabrera Melendez v. Mullin, et al

37. 5:26-cv-02964-XR Ebadi v. Warden of South Texas Detention Facility

38. 5:26-cv-03003-XR Ramirez Veranes v. Attorney General of the United States et al

4

39. 5:26-cv-03055-XR Mezquita v. Warden, Karnes County Immigration Processing Center et al

40. 5:26-cv-03102-XR Arjona Alarcon v. South Texas ICE Processing Center

41. 5:26-cv-03192-XR Hidalgo v. Warden, Karnes County Immigration Processing Center et al

42. 5:26-cv-03241-XR Zhan v. Warden South Texas ICE Processing Center et al

43. 5:26-cv-03266-XR Carvajal Yulden v. Lyons et al

44. 5:26-cv-03304-XR Avila Espinoza v. U.S. Immigration and Customs Enforcement et al

45. 5:26-cv-03350-XR Varela Quiroz v. Blanche et al

46. 5:26-cv-03483-XR Ruan v. Vergara et al

47. 5:26-cv-03591-XR Santivanez v. Warden, South Texas Immigration Processing Center et al

48. 5:26-cv-03604-XR Rincon Mendoza v. BLANCHE et al

49. 5:26-cv-03632-XR Sanchez Mendez v. Mayorkas et al

50. 5:26-cv-03664-XR Fermin Cairo v. Vergara et al

51. 5:26-cv-03713-XR Ordonez v. Warden, South Texas Immigration Processing Center et al

52. 5:26-cv-03823-XR Gonzales Rivera v. Lyons et al

53. 5:26-cv-03825-XR Uranga Iriarte v. U.S. Immigration and Customs Enforcement et al

54. 5:26-cv-03989-XR Gonzalez Araujo v. Warden, Karnes County Immigration Processing Center et al

55. 5:26-cv-04035-XR Jin v. Rodriguez, et al.

56. 5:26-cv-04071-XR Gahatraj v. Blanche et al

57. 5:26-cv-04093-XR Armas Gutierrez v. Mullin et al

5